# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

HOWARD BRUCHHAUSER,
ELIZABETH WOOD, WENDY
UNTERSHINE, and ROBERT
FLEENOR,

            Plaintiffs,

v.

MIDLAND CREDIT MANAGEMENT
INC. and MIDLAND FUNDING LLC,

            Defendants.

Case No. 18-CV-1260-JPS

**ORDER**

On August 14, 2018, Plaintiffs filed this action alleging violations of the Fair Debt Collection Practices Act. (Docket #1). On November 15, 2018, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Howard Bruchhauser, Elizabeth Wood, Wendy Untershine, and Robert Fleenor entered into a stipulation with Defendants Midland Credit Management, Inc. and Midland Funding, LLC to dismiss with prejudice all claims in this action, each party to bear its own costs. (Docket #17).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #17) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 19th day of November, 2018.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge